UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE CARDELLO-SMITH, #267009,
    Plaintiff

vs

JPAY et al
    Defendants et al,

Case No: 2:22-cv-10340
HON. NANCY EDMUNDS

PLAINTIFFS SUBMISSION OF
WITNESSES TO BE CALLED FOR
TRIAL, PRE-TRIAL, AND ANY APPELLATE REVIEW

Please place the following parties on the case at bar for appearances and submission of the Plaintiffs Witness List in the above cause.

DAVID CHERRY #322891
JOSEPH AMBROSE #185357
TRACY HAMMOND 193821
JAMES EDWARD BANE #282910
DAVID MOORE #224339
TROY CHAPMAN, #169076
BILLY JACK MILES, JR
ANTHONY ROPER, #327369
EDWARD RHONE, #926091
CHRISTOPHER NORTH, #289996
EDDIE LEWIS #616302
SHAWN CAMPBELL #228510
ANDRE HAMILTON #300741
BILLY JACK MILES, JR

Please place these witnesses on the Plaintiff Witness list for the above cause and notify me when it has been docketed please.
Thank you for your time.

Respectfully Yours,

Mr. Derrick Lee Cardello-Smith

Name: MR. DERRICK LEE CARDELLO-SMITH
Number: #257009-S-114B
Address: IONIA MAXIMUM CORRECTIONAL FACILITY
Address: 1575 W. BLUEWATER HIGHWAY
IONIA, MI 48845

Case No 2:22-cv-10340
Mailed on 6/11/22

GRAND RAPIDS MI 493
13 JUN 2022 PM 5 L
6-13-22

Clerk U.S. District Court
Theodore Levin Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
JUN 17 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHAL

48226-270099

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019