UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK CARDELLO-SMITH,
and PATRICIA LEE THOMPSON,

      Plaintiffs,                                         No. 22-10340

v.                                                        Honorable Nancy G. Edmunds

JPAY, LLC, et al.,

      Defendants.
_____/

## JUDGMENT

Being fully advised in the premises and for the reasons set forth in the Court's Opinion and Order Accepting and Adopting the Magistrate Judge's January 30, 2023 Report and Recommendation Regarding Service of the Complaint [72],

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED without prejudice.

SO ORDERED.

                                                      s/Nancy G. Edmunds
                                                      Nancy G. Edmunds
                                                      United States District Judge

Dated: June 12, 2023


I hereby certify that a copy of the foregoing document was served upon Plaintiffs and any counsel of record on June 12, 2023, by electronic and/or ordinary mail.

                                                      s/Lisa Bartlett
                                                    Case Manager